**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 63 MM 2022
:
Respondent :
:
:
:
v. :
:
:
:
MIGUEL ANGEL RODRIGUEZ, :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of October, 2022, in consideration of the "Application to Proceed *Pro Se*," this matter is REMANDED to the Court of Common Pleas of Northampton County to determine whether Attorney Illon R. Fish should be relieved as Petitioner's counsel. *See* Pa.R.Crim.P. 120, Comment (providing that counsel's duty to represent a defendant continues until a court grants counsel leave to withdraw).

The Court of Common Pleas of Northampton County is ORDERED to enter its order on remand within 90 days and to inform this Court promptly of its determination.